UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                     :

SECURITIES AND EXCHANGE COMMISSION,    :       NOTICE OF MOTION

                        - v. -                                  :       ECF Case

LAWRENCE BILLIMEK and ALAN WILLIAMS,    :       No. 22 Civ. 10542 (JHR)

                 Defendants.                          :

------------------------------------------------------------------- X

        PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Lawrence Billimek and Alan Williams*, 22 Cr. 675 (PGG) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, and Jason Richman, Assistant United States Attorney, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated:  New York, New York
          March 3, 2023

                                                          DAMIAN WILLIAMS
                                                          United States Attorney

                                                          /s/      Jason A. Richman
                                                          Jason Richman
                                                          Assistant United States Attorney
                                                          Telephone: (212) 637-2589