UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

  - against -

LAWRENCE BILLIMEK and ALAN WILLIAMS,

                Defendants.

ECF Case

No. 22 Civ. 10542 (JHR)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, on March 3, 2023 the Government submitted a motion seeking to intervene in this action and seeking a partial stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Lawrence Billimek and Alan Williams*, 22 Cr. 675 (PGG) (the "Criminal Action"), in which an indictment has been returned; and

        WHEREAS, the Court finds that a partial stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

        **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

        **ORDERED** that this action is stayed in its entirety until the completion of the Criminal Action.

SO ORDERED:

_____      _____
HONORABLE JENNIFER H. REARDEN        DATE
UNITED STATES DISTRICT JUDGE