

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2024

**VIA CM/ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Lawrence Billimek and Alan Williams*, 22 Civ. 10542 (JHR)

Dear Judge Rearden:

  The Government writes to update the Court regarding the status of the criminal case parallel to this matter, *United States v. Lawrence Billimek and Alan Williams*, 22 Cr. 675 (PGG). (Dkt. 23 at 7). On April 24, 2023, the Court granted the Government's motion to intervene and for a stay of the above-referenced civil matter. (Dkt. 23). The Government updated the Court on the status of this matter on June 22, 2023, and the Court requested that the Government update the Court every 60 days thereafter. (Dkt. 24).

  The Government now writes to notify the Court that both defendants in the parallel criminal case have pled guilty. Sentencing for defendant Lawrence Billimek is scheduled for April 4, 2024, and sentencing for defendant Alan Williams has not yet been scheduled. The Government remains available to provide any additional information that would be helpful for the Court.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

       by: _____
          Jason A. Richman
          Assistant United States Attorney
          (212) 637-2589

cc: Defense Counsel (by ECF)