UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>-v.-<br><br>LAWRENCE BILLIMEK and ALAN WILLIAMS,<br><br>                                    Defendants. | 22 Civ. 10542 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On April 24, 2023, the Court granted the Government's motion to intervene and to stay this action pending resolution of the parallel criminal case against Defendants Lawrence Billimek and Alan Williams. *See United States v. Billimek & Williams*, 22 Cr. 675 (PGG). In that case, Defendant Billimek was sentenced, and judgment was entered against him on May 20, 2024. *Id.* at ECF No. 75. Defendant Williams is scheduled to be sentenced on February 7, 2025. *Id.* at ECF No. 99.

By **January 21, 2025**, the parties shall file a joint letter addressing why the stay in this action should not be lifted (1) "[i]n light of the entry of judgment . . . in the parallel criminal proceeding against Defendant [Billimek]," *Sec. & Exch. Comm'n v. Siniscalchi*, 19 Civ. 3792 (JMF) (S.D.N.Y. Sept. 27, 2021), ECF No. 15, and "in light of the imminent conclusion of [Defendant Williams'] criminal proceeding," *Sec. & Exch. Comm'n v. Gata-Aura*, 19 Civ. 4780 (LGS) (S.D.N.Y. Jan. 27, 2020), ECF No. 22; and (2) proposed next steps in the event the Court lifts the stay.

SO ORDERED.

Dated: January 12, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge